**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 135 MM 2016 |
| | : | |
| Respondent | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| LEONARD THOMPSON, | : | |
| | : | |
| Petitioner | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 30th day of November, 2016, the Application for Leave to Exceed Word Limitations is **DENIED**. Petitioner is **DIRECTED** to file a compliant Petition for Allowance of Appeal within 30 days.